```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


VERNON BRINSON & ROYAL                      CIVIL ACTION
OLDSMOBILE CO.


VERSUS                                      NO: 06-2618


NORTHWESTERN MUTUAL LIFE                    SECTION: "A" (3)
INSURANCE CO.
```

### ORDER

Before the Court is a **Motion to Amend Order and for Reconsideration of Northwestern's Amended Motion for Clarification of the Court's May 22, 2006, and June 5, 2006, Orders (Rec. Doc 21)** filed by plaintiffs Vernon Brinson and Royal Oldsmobile Mazda, Inc.  Defendant Northwestern Mutual Life Insurance Co. ("Northwestern") opposes the motion.  The motion, set for hearing on September 6, 2006, is before the Court on the briefs without oral argument.

The motion is DENIED as is Plaintiffs' request for oral argument.  By way of the instant motion Plaintiffs are seeking a ruling that their act of depositing funds into the registry of the Court had the effect of continuing a contract between the parties.  The Court explained in its last ruling that it did not consider the merits of the dispute when granting the two motions to deposit funds into the registry of the Court.  (Rec. Doc. 18).  At this juncture Plaintiffs' argument that their act of

1

depositing funds with the Clerk continued whatever contract existed between the parties appears to touch on the merits of this dispute.  Plaintiffs are not foreclosed from urging this argument in an appropriate procedural posture and at an appropriate time, but the Court will <u>not</u> entertain the argument without full briefing by the parties, and the Court finds particularly unpersuasive the suggestion that Plaintiffs are entitled to the ruling they seek based in part upon the Court having granted a perfunctory ex parte motion to deposit funds with the Clerk.

Accordingly;

**IT IS ORDERED** that the **Motion to Amend Order and for Reconsideration of Northwestern's Amended Motion for Clarification of the Court's May 22, 2006, and June 5, 2006, Orders (Rec. Doc 21)** filed by plaintiffs Vernon Brinson and Royal Oldsmobile Mazda, Inc. should be and is hereby **DENIED**.

September 1, 2006

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE